# Notice Recipients

District/Off: 0207–8     User: admin     Date Created: 10/07/2022
Case: 8–22–72156–reg     Form ID: 178     Total: 15

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | R Kenneth Barnard, Esq. | rkbesquire@aol.com |
| aty | R Kenneth Barnard, Esq. | rkbesquire@aol.com |
| aty | Richard F Artura | bankruptcy@pwqlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Richard Rittenhouse | 26 Riviera Drive West | Lindenhurst, NY 11757 | | |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | NYC Department of Finance | 345 Adams Street | Office of Legal Affairs | Brooklyn, NY 11201–3719 | |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza | Central Islip, NY 11722–4437 |
| 10103239 | Central Loan | Attn: Bankruptcy | P.O. Box 77404 | Ewing, NJ 08628 | |
| 10103240 | Chase | PO Box 15153 | Wilmington, DE 19886–5153 | | |
| 10103241 | Citi AAdvantage | Citi Cards | PO Box 6500 | Sioux Falls, SD 57117 | |
| 10107252 | CitiBank, N.A. | 53 Gibson Street | Bay Shore, New York 11706 | | |
| 10103242 | Michael G O'Neill, Esq. | 30 Vesey Street | Third Floor | New York, NY 10007 | |
| 10103243 | Robert Rittenhouse | 7 Maryland Avenue | Bay Shore, NY 11706 | | |
| 10103244 | Teachers Federal Credit Union | Attn: Bankruptcy | P.O. Box 9005 | Smithtown, NY 11787 | |

TOTAL: 12