# Notice Recipients

District/Off: 0207–8             User: admin                  Date Created: 10/11/2022
Case: 8–22–72156–reg             Form ID: 178                 Total: 15

**Recipients of Notice of Electronic Filing:**
tr    R Kenneth Barnard, Esq.    rkbesquire@aol.com
aty   R Kenneth Barnard, Esq.    rkbesquire@aol.com
aty   Richard F Artura           bankruptcy@pwqlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Richard Rittenhouse        26 Riviera Drive West        Lindenhurst, NY 11757
smg         NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg         NYS Unemployment Insurance        Attn: Isolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg         NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201–3719
smg         United States Trustee        Office of the United States Trustee        Long Island Federal Courthouse        560 Federal Plaza        Central Islip, NY 11722–4437
10103239    Central Loan        Attn: Bankruptcy        P.O. Box 77404        Ewing, NJ 08628
10103240    Chase        PO Box 15153        Wilmington, DE 19886–5153
10103241    Citi AAdvantage        Citi Cards        PO Box 6500        Sioux Falls, SD 57117
10107252    CitiBank, N.A.        53 Gibson Street        Bay Shore, New York 11706
10103242    Michael G O'Neill, Esq.        30 Vesey Street        Third Floor        New York, NY 10007
10103243    Robert Rittenhouse        7 Maryland Avenue        Bay Shore, NY 11706
10103244    Teachers Federal        Credit Union        Attn: Bankruptcy        P.O. Box 9005        Smithtown, NY 11787

TOTAL: 12